UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MAUREEN HOGAN,

                Plaintiff,

    -against-                        **NOTICE OF SETTLEMENT**
                                        Case No.: 2:13-cv-00500-SJF-ETB

GC SERVICES, LP,

                Defendant.

## NOTICE OF SETTLEMENT

NOW COMES Plaintiff, MAUREEN HOGAN ("Plaintiff"), by and through the undersigned counsel, and hereby informs the Court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 60 days.

Plaintiff therefore requests that this Honorable Court vacate all dates currently set on calendar for the present matter.

DATED: April 22, 2013          RESPECTFULLY SUBMITTED,

                                                   KROHN & MOSS, LTD.

                              By: /s/ Adam T. Hill               

                                   Adam T. Hill
                                   KROHN & MOSS, LTD.
                                   10 N. Dearborn St., 3rd Fl.
                                   Chicago, Illinois 60602
                                   Telephone: 312-578-9428
                                   Telefax: 866-802-0021
                                   ahill@consumerlawcenter.com
                                   Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2013, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.

By: /s/ Adam T. Hill

Adam T. Hill
KROHN & MOSS, LTD.
10 N. Dearborn St., 3rd Fl.
Chicago, Illinois 60602
Telephone: 312-578-9428
Telefax: 866-802-0021
ahill@consumerlawcenter.com
Attorneys for Plaintiff