UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D N Y
★ APR 2? 2013 ★
LONG ISLAND OFFICE

MAUREEN HOGAN,

        Plaintiff,

-against-

GC SERVICES, LP,

        Defendant.

NOTICE OF SETTLEMENT
Case No.: 2:13-cv-00500-SJF-ETB

## NOTICE OF SETTLEMENT

NOW COMES Plaintiff, MAUREEN HOGAN ("Plaintiff"), by and through the undersigned counsel, and hereby informs the Court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 60 days.

Plaintiff therefore requests that this Honorable Court vacate all dates currently set on calendar for the present matter.

*The case is closed with leave to reopen within sixty (60) days of entry of this Order in the event that the settlement agreement is not consummated.*

*SO ORDERED.*

/s/ Sandra J. Feuerstein

_____
U.S.D.J.     4/23/13

NOTICE OF SETTLEMENT         1

DATED: April 22, 2013　　　　　　　　RESPECTFULLY SUBMITTED,

　　　　　　　　　　　　　　　　　　KROHN & MOSS, LTD.

　　　　　　　　　　　　　　　　　　By: /s/ Adam T. Hill

　　　　　　　　　　　　　　　　　　Adam T. Hill
　　　　　　　　　　　　　　　　　　KROHN & MOSS, LTD.
　　　　　　　　　　　　　　　　　　10 N. Dearborn St., 3rd Fl.
　　　　　　　　　　　　　　　　　　Chicago, Illinois 60602
　　　　　　　　　　　　　　　　　　Telephone: 312-578-9428
　　　　　　　　　　　　　　　　　　Telefax: 866-802-0021
　　　　　　　　　　　　　　　　　　ahill@consumerlawcenter.com
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2013, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.

By:   /s/ Adam T. Hill

Adam T. Hill
KROHN & MOSS, LTD.
10 N. Dearborn St., 3rd Fl.
Chicago, Illinois 60602
Telephone: 312-578-9428
Telefax: 866-802-0021
ahill@consumerlawcenter.com
Attorneys for Plaintiff