UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MAUREEN HOGAN,

    Plaintiff,

-against-

GC SERVICES, LP,

    Defendant.

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E D N Y

★ MAY 03 2013 ★

LONG ISLAND OFFICE

~~PROPOSED~~ ORDER GRANTING
STIPULATION OF DISMISSAL

Case No.: 2:13-cv-00500-SJF-ETB

## [~~PROPOSED~~] ORDER GRANTING STIPULATION TO DISMISS CASE WITH PREJUDICE

IT IS HEREBY ORDERED that the parties' joint Stipulation to Dismiss Case with Prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), is GRANTED. Accordingly, the above-captioned matter is hereby dismissed with prejudice, each side to bear their own fees and costs.

IT IS SO ORDERED.

/s/ Sandra J. Feuerstein

DATED: 5/3/13

Honorable Judge Sandra J. Feuerstein
United States District Judge